**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EVA MAZE, <br> SUZANNE BATRA, and <br> MARGOT LICHTENSTEIN <br><br> Plaintiffs, <br> v. <br><br> INTERNAL REVENUE SERVICE, <br> OFFICE OF THE COMMISSIONER, <br> UNITED STATES OF AMERICA, and <br> JOHN KOSKINEN <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Case No.: 1:15-cv-01806-CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING
JOINT APPENDIX**

Plaintiffs hereby provide notice, pursuant to Local Rule 7(n)(1), and this Court's Minute Order, dated March 8, 2016, of filing of the joint appendix containing copies of the portions of the administrative record that the parties cited or otherwise relied upon in connection with the briefs supporting and opposing Defendants' motion to dismiss. The parties have conferred and agree on the contents of the appendix.

Date: May 6, 2016

                                          Respectfully submitted,

                                          /s/ Joseph B. Judkins
                                          Joseph B. Judkins (D.C. Bar No. 499737)
                                          Baker & McKenzie LLP
                                          815 Connecticut Ave. NW
                                          Washington, DC 20006
                                          Tel: (202) 452-7000
                                          Email: joseph.judkins@bakermckenzie.com

                                          *Counsel for Plaintiffs*